# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

NES RENTALS, L.P.

        Plaintiff,

v.

MILLENNIUM METAL WORKS, INC. and
CHARLES FARRIS

        Defendants.

No. 02-2641-D/A

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF SANCTIONS AND *Amended* FOR ENTRY OF CONSENT JUDGMENT

This matter is before the court upon Plaintiff's Motion to Reopen, for an award of

sanctions pursuant to the Defendant's failure to respond to the Court's Show Cause Order and for

the entry of the Consent Judgment executed by the parties. The Court finds that the

administratively closed case has been properly reopened. The Court further finds that the

Plaintiff is entitled to an award of sanctions against Defendant for Defendant's failure to comply

with the Court's Orders directing the Defendant to respond to discovery and to pay sanctions to

Plaintiff. The Court further finds that the Plaintiff is entitled to the entry of the Consent

Judgment executed by the parties.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1.     The Defendant shall pay the Plaintiff as a sanction for his discovery abuses and

contempt of the Court's Orders all discovery-related fees, expenses and costs incurred by the

Plaintiff in this case, the sanctions previously awarded by the Court in the amount of $495.00

plus interest accruing from the date of entry of the previous Order awarding sanctions, and all

fees, expenses and costs incurred by Plaintiff in its efforts to have the Defendant comply with the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-21-05

84

Court's Orders. Counsel for Plaintiff shall prepare an Affidavit of the referenced fees and expenses and costs incurred by Plaintiff and submit the same to the Court for consideration. Defendant shall have 10 days from the date of service of counsel for Plaintiff's Affidavit to file an objection as to any amounts set forth therein.

     2.     The Consent Judgment executed by the parties shall be entered by the Court and the judgment shall be amended to include the sanctions awarded against Defendant pursuant to this Order.

JUDGE

DATE: *March 22, 2005*

M ALM 746917 v1
2789586-000001 02/13/04

SUBMITTED BY:

_Antonio L. Matthews_

Antonio L. Matthews (#018107)
Attorney for Plaintiff
NES Rentals, Inc.

BAKER, DONELSON, BEARMAN & CALDWELL, P.C.
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, postage prepaid, to Charles Farris, 224 Highway 49 South, Bryon, Georgia 31008, and P.O. Box 2488, Clanton, AL 35046 this _13_ day of _February_____, 2004.

_Antonio L. Matthews_

M ALM 746917 v1
2789586-000001  02/04/04

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:02-CV-02641 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Charles Farris
P.O. Box 2488
Clanton, AL 35046

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT